

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERMAINE LEWIS,<br><br>Defendant. | 8:26CR 139<br><br>INDICTMENT<br><br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>21 U.S.C. § 853<br>18 U.S.C. § 1512(c)(1) |

The Grand Jury charges that

## COUNT ONE
(Possession With Intent To Distribute Fentanyl)

On or about June 30, 2026, in the District of Nebraska, defendant JERMAINE LEWIS, knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO
(Obstruction Of Justice-Destruction Of Cell Phone 1)

On or about June 30, 2026, in the District of Nebraska, defendant JERMAINE LEWIS, did corruptly alter, destroy, mutilate, and conceal an object, to wit: a cellular phone, and attempted to do so, with the intent to impair its integrity and availability for use in an official proceeding.

In violation of Title 18, United States Code, Section 1512(c)(1).

**COUNT THREE**
(Obstruction Of Justice-Destruction Of Cell Phone 2)

On or about June 30, 2026, in the District of Nebraska, defendant JERMAINE LEWIS, did corruptly alter, destroy, mutilate, and conceal an object, to wit: a cellular phone, and attempted to do so, with the intent to impair its integrity and availability for use in an official proceeding.

In violation of Title 18, United States Code, Section 1512(c)(1).

FORFEITURE ALLEGATION

1.      The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2.      Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), defendant JERMAINE LEWIS shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including, but not limited to, approximately $5,873 in United States Currency obtained from a 2016 Chevrolet Malibu with Nebraska license plate BKK956 on June 30, 2026.

3.      If any of the property described above, as a result of any act or omission of defendant JERMAINE LEWIS:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

2

SEALED

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided

without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p).

In violation of Title 21, United States Code, Section 853.

A TRUE BILL.

_____

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

_____

JODY MULLIS
Assistant United States Attorney

3